# Court of Appeals
# of the State of Georgia

ATLANTA,    May 19, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1676.  BRIAN KEITH JUMP v. THE STATE.**

On March 23, 2016, the trial court entered an order denying Brian Jump's motion for leave to file an out of time appeal. Jump filed a timely notice of appeal, and the case was docketed in this Court as Case Number A16A1605.  Jump filed a second notice of appeal from the same order, which has been docketed as Case Number A16A1676.  Because this case is duplicative of the appeal in A16A1605, we hereby DISMISS this case as superfluous. Case Number A16A1605 remains pending for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*    05/19/2016
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*